IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
AUG 0 4 2005
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

| | | |
|---|---|---|
| WILLIAM LAMBERT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:04CV00082 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JO ANNE B. BARNHART, | ) | By: Samuel G. Wilson |
| Commissioner of Social Security, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable B. Waugh Crigler, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered reversing the Commissioner's final decision and remanding the case to the Commissioner for further proceedings. Objections to the report and recommendation have not been filed, and the court upon a review of the record is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that the final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings, and this case is **ORDERED** stricken from the docket of the court.

ENTER: This August 4th, 2005.

_____
UNITED STATES DISTRICT JUDGE